### 3105.   BROWN *v.* THE STATE.

POWELL, J.   The evidence, though extremely weak, is not so wholly insufficient to support the verdict as to authorize this court to grant a new trial.                                              *Judgment affirmed.*

DECIDED JANUARY 31, 1911.

Accusation of larceny from house; from city court of Nashville —Judge Buie.   December 2, 1910.

*J. P. Knight,* for plaintiff in error.

*J. H. Gary, solicitor,* contra.